AMERICAN LUMBERMENS MUTUAL CASUALTY COMPANY OF ILLINOIS, Respondent, *v.* PRESTON E. TRASK, Appellant.

(Argued March 13, 1934; decided April 17, 1934.)

*William F. Santry* for appellant.
*Oscar J. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.